# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| LAWRENCE SCOTT,<br>an individual,<br><br>　　　Plaintiff,<br>v.<br><br>BELLFONTAINE APARTMENTS INC.,<br>a Texas Corporation,<br><br>　　　Defendant. | Case No.: 4:22-cv-485 |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, LAWRENCE SCOTT, and Defendant, BELLFONTAINE APARTMENTS INC, by and through their respective undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all counts and claims asserted in this matter with prejudice, with the parties to bear their own attorney's fees, costs, and expenses except as may otherwise be agreed to between the parties.

Dated: March 17, 2022

Respectfully submitted,

/s/ Brian T. Ku
Brian T. Ku
Attorney-in-charge
S.D. TX No. 3424380
Ku & Mussman, P.A.
18501 Pines Boulevard, Suite 209-A
Pembroke Pines, Florida 33029

Respectfully submitted,

/s/ John H. McFarland
John H. McFarland
Attorney-in-charge
Texas State Bar No. 00794270
SDTX Bar No. 00794270
712 Main Street, Suite 1500
Houston, Texas 77002
Tel:(713) 222-1114

Telephone: (305) 891-1322  
Facsimile: (954) 686-3976  
Brian@kumussman.com

and

  John K. Grubb  
  Attorney  
  Local Counsel  
  State Bar No. 08553500  
  2520 Robinhood, # 500  
  Houston, Texas 77005  
  Tel: (713) 702-1808  
  jgrubb@grubblegal.com

*Attorneys for Plaintiff*

Fax (713) 513-5577  
jmcfarland@jmlawyers.com

*Attorney for Defendant*